UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

)
RODNEY BELLE, SR.,                                 )
                                                   )
            Plaintiff,                             )
                                                   )
     v.                                            )     Civil Action No. 10-0726 (PLF)
                                                   )
TEMECULA/RIVERSIDE/SAN DIEGO                       )
SUPERIOR COURT COMMISSIONER &                      )
PRESIDING JUDGE/JUSTICE, *et al.*,                 )
                                                   )
            Defendants.                            )
_____)

## MEMORANDUM OPINION

On March 31, 2011, the Court dismissed a complaint filed in a separate case by

the plaintiff in this matter, Rodney Belle, Sr., against most or all of the same defendants that are

named in the instant litigation.  See Belle v. Temecula/Riverside/San Diego Superior

Court/Nevada Township Commissioners & Presiding Judges, Civil Action No. 10-0616, Order

(D.D.D. Mar. 31, 2011).  Like the complaint dismissed in Civil Action No. 10-0616, Mr. Belle's

complaint in this case is largely incoherent and presents no comprehensible theory of the

defendants' legal liability.  See id., Memorandum Opinion at 1-3 (D.D.C. Mar. 31, 2011).  The

Court therefore will dismiss the complaint *sua sponte* pursuant to Rule 12(b)(6) of the Federal

Rules of Civil Procedure.  See Boritz v. United States, 685 F. Supp. 2d 113, 126 (D.D.C. 2010)

(*sua sponte* dismissal appropriate where plaintiff's claims are such that he "cannot possibly win

relief" (quoting <u>Best v. Kelly</u>, 39 F.3d 328, 331 (D.C. Cir. 1994)) (internal quotation marks omitted)).

An Order consistent with this Memorandum Opinion shall issue this same day.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 5, 2011